IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-380-D

UNITED STATES OF AMERICA,         )
                                  )
        v.                        )        **ORDER**
                                  )
TIMOTHY EVANS,                    )
                                  )
            Defendant.            )

The United States shall file a response to defendant's motion for jail credit [D.E. 63] not later than May 7, 2021.

SO ORDERED. This 22 day of April 2021.

                                                      **JAMES C. DEVER III**
                                                      **United States District Judge**