IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-380-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TIMOTHY EVANS, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the government's response of April 29, 2021 [D.E. 68], the court DISMISSES WITHOUT PREJUDICE defendant's motion for credit for time served [D.E. 61].

SO ORDERED. This 12 day of May 2021.

JAMES C. DEVER III
United States District Judge